

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR: 15-2468-McAliley

vs.

REPORT COMMENCING CRIMINAL ACTION

Kirk Chambers
Defendant

07688-104
USMS NUMBER

TO: CLERK'S OFFICE      (MIAMI)      FT. LAUDERDALE      W. PALM BEACH
U.S. DISTRICT COURT             (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.  INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 4-9-15    (A.M) 7:05  P.M.

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: Title 18-USC-1951(a) extortion under color of official right

(4) DATE OF BIRTH: 9-2-89

(5) TYPE OF CHARGING DOCUMENT:  (CHECK ONE)
{ } INDICTMENT         {✓} COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINAL DISTRICT: Southern District

(6) REMARKS: Former FHP trooper (public official)

(7) DATE: 4-9-15     (8) ARRESTING OFFICER: Donald Morin
(9) AGENCY: FBI-Miami     (10) PHONE: 754-703-3467
(11) COMMENTS: Separate from Guillermo "Tony" Sepulveda