**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 15-20293-CR-ALTONAGA**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**KIRK CHAMBERS**,

    Defendant.
_____/

**ORDER**

THIS CAUSE came before the Court upon Defendant's Unopposed Motion to Modify Pretrial Release Conditions ("Motion") [ECF No. 44]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant is released from home confinement and electronic monitoring as conditions of his pretrial release.

**DONE AND ORDERED** in Chambers at Miami, Florida this 1st day of June, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record